IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SHAPAT AHDAWAN NABAYA,

    Plaintiff,

v.                              Civil Action No. 3:14cv257

COMMISSIONER OF SOCIAL
SECURITY, et al.,

    Defendants.

**ORDER**

This matter is before the Court on a REPORT AND RECOMMENDATION (ECF No. 10) on the pending APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2). By ORDER (ECF No. 12) entered on June 6, 2014, the Court stayed the APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2) pending resolution of the plaintiff's Judicial Complaint and Petition of a Writ of Mandamus against the undersigned pending in the United States Court of Appeals for the Fourth Circuit ("Fourth Circuit"). It appearing that the Fourth Circuit entered a MEMORANDUM AND ORDER on July 1, 2014 dismissing the plaintiff's Judicial Complaint and a Petition of Writ of Mandamus, this matter is now ready for review.

Having reviewed the REPORT AND RECOMMENDATION on the APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2) entered herein on May 18, 2014, and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 10) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that the APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 2) is denied and this action is dismissed.

The Clerk is directed to send a copy of this Order to the plaintiff.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 14, 2017